**PROCEEDING MEMO**

Date: 06/28/2022 10:00 am

In re:   Warren Jones
         Wendy Jones

                                      Bankruptcy No. 21-22563-CMB
                                      Chapter: 13
                                      Doc. #33

Appearances:  Owen Katz, Michael S. Geisler, Jill Locnikar, Lauren Michaels

Nature of Proceeding: #33 Contested December 28, 2021 Plan

Additional Pleadings:  #42 Objection to Plan by USA/IRS; #44 Objection to Plan by PA Department of Revenue

Judge's Notes:

Outcome:  Hearing Held.  Case Converted to Chapter 7.  Order to be entered.


FILED
6/29/22 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota Böhm
Chief U.S. Bankruptcy Judge