IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: **WARREN JONES and WENDY JONES,** *Debtors* **WARREN JONES and WENDY JONES,** *Movants,* vs. **ASHLEY FUNDING SERVICES, LLC., CAPITAL ONE N.A., COMENITY BANK/JUSTICE, COMMUNITY LOAN SERVICING, LLC., DESIGNED RECEIVABLE SOLUTIONS, DUQUESNE LIGHT COMPANY, ECMC, GM FINANCIAL, HP SEARS, INTERNAL REVENUE SERVICE, JEFFERSON CAPITAL SERVICES, LLC., KAY JEWELERS, KEYBRIDGE MEDICAL REVENUE CARE, MONROEVILLE MUNICIPAL AUTHORITY, NATIONAL CREDIT ADJUSTERS, LLC., PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY, LLC., PORTFOLIO RECOVERY ASSOCIATES, LLC., SANTANDER CONSUMER USA, SYNCHRONY BANK, TD BANK, USA/TARGET CREDIT CARD, VERIZON, WESTLAKE FINANCIAL SERVICES and WFFINANCIAL,** *Respondents* | Chapter 7 Case No. **21-22563-CMB** Related to Doc. No. 62 |

## CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Conversion Order, upon the following by First Class Mail, postage prepaid unless otherwise indicated below:

RONDA J. WINNECOUR, TRUSTEE            (BY ELECTRONIC MEANS)
3250 US Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE            (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

ABN Amro Mortgage Group
P.O. Box 9438
Gaithersburg, MD 20898

American Infosource, as agent for
Verizon
P.O. Box 51178
Los Angeles, CA 90051

Ashley Funding Services, LLC.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Bayview Loan Servicing, LLC.
25 Ponce de Leon Boulevard
Miami, FL 33146

Capital One
c/o Becket & Lee
16 General Warren Blvd.
Malvern, PA 19355

Comenity Bank/Justice
P.O. Box 187789
Columbus, OH 43218

Community Loan Servicing, LLC.
f/k/a Bayview Loan Servicing, LLC.
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

Designed Receivable Solutions
One Centerpointe Drive, Suite 45
La Palma, CA 90623

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

ECMC
P.O. Box 16408
Saint Paul, MN 55116-0408

GM Financial
P.O. Box 181145
Wheeler, TX 79096-1145

HP Sears
P.O. Box 2707
Bakersfield, CA 93303

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Services, LLC.
P.O. Box 7999
Saint Cloud, MN 56302-7999

Kay Jewelers
375 Ghent Road
Akron, OH 44333

Keybridge Medical Revenue Care
P.O. Box 1568
Lima, OH 45802

National Credit Adjusters, LLC.
P.O. Box 3023
South Hutchinson, KS 67505

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC.
c/o GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541-1067

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161

Syncb/Care Credit
P.O. Box 965036
Orlando, FL 32896

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

TD Bank, USA/Target Credit Card
P.O. Box 673
Minneapolis, MN 55440

Verizon
by American Infosource LP as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Weinstein & Riley
2001 Western Avenue, Suite 400
Oklahoma City, OK 73118

Westlake Financial Services
c/o Peritus Portfolio
P.O. Box 141419
Irving, TX 75014-1419

Wffinancial
MAC 4031-080
Phoenix, AZ 85038

/s/ Michael S. Geisler

DATED: 8/3/2022

_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Debtors
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-Mail: m.s.geisler@att.net