IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Chapter 7 |
| **WARREN JONES and WENDY JONES,** : | |
| *Debtors* : | Case No. **21-22563-CMB** |
| **WARREN JONES and WENDY JONES,** : | |
| *Movants,* : | Related to Doc. No. 62 |
| vs. : | |
| **ASHLEY FUNDING SERVICES, LLC., CAPITAL ONE N.A., COMENITY BANK/JUSTICE, COMMUNITY LOAN SERVICING, LLC., DESIGNED RECEIVABLE SOLUTIONS, DUQUESNE LIGHT COMPANY, ECMC, GM FINANCIAL, HP SEARS, INTERNAL REVENUE SERVICE, JEFFERSON CAPITAL SERVICES, LLC., KAY JEWELERS, KEYBRIDGE MEDICAL REVENUE CARE, MONROEVILLE MUNICIPAL AUTHORITY, NATIONAL CREDIT ADJUSTERS, LLC., PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY, LLC., PORTFOLIO RECOVERY ASSOCIATES, LLC., SANTANDER CONSUMER USA, SYNCHRONY BANK, TD BANK, USA/TARGET CREDIT CARD, VERIZON, WESTLAKE FINANCIAL SERVICES and WFFINANCIAL,** : : : : : : : : : | |
| *Respondents* | |

# DEBTOR'S REPORT UNDER BANKRUPTCY RULE 1019

AND NOW come the Debtors, WARREN JONES, and WENDY JONES., by and through their Attorney, MICHAEL S. GEISLER, ESQUIRE, and file this Rule 1019 Report as follows:

1. The Debtors have acquired no additional property since the filing of the case except: NONE.

2. The Debtors have incurred no additional debts since the filing of the case except: NONE.

3. The Debtors have entered into or assumed no additional executory contracts since the filing of the case except: NONE.

We, WARREN JONES, and WENDY JONES, declare under penalty of perjury that we have read the attached Rule 1019 Report and that it is true and correct to the best of our knowledge, information and belief.

DATED: 8/4/2022

/s/ Warren Jones
_____
**DEBTOR**

DATED: 8/4/2022

/s/ Wendy Jones
_____
**DEBTOR**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Chapter 7 |
| **WARREN JONES and WENDY JONES,** : | |
| *Debtors* : | Case No. **21-22563-CMB** |
| **WARREN JONES and WENDY JONES,** : | |
| *Movants,* : | Related to Doc. No. 62 |
| vs. : | |
| ASHLEY FUNDING SERVICES, LLC., CAPITAL ONE N.A., COMENITY BANK/JUSTICE, COMMUNITY LOAN SERVICING, LLC., DESIGNED RECEIVABLE SOLUTIONS, DUQUESNE LIGHT COMPANY, ECMC, GM FINANCIAL, HP SEARS, INTERNAL REVENUE SERVICE, JEFFERSON CAPITAL SERVICES, LLC., KAY JEWELERS, KEYBRIDGE MEDICAL REVENUE CARE, MONROEVILLE MUNICIPAL AUTHORITY, NATIONAL CREDIT ADJUSTERS, LLC., PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY, LLC., PORTFOLIO RECOVERY ASSOCIATES, LLC., SANTANDER CONSUMER USA, SYNCHRONY BANK, TD BANK, USA/TARGET CREDIT CARD, VERIZON, WESTLAKE FINANCIAL SERVICES and WFFINANCIAL, : | |
| *Respondents* | |

# CERTIFICATE OF SERVICE
# OF RULE 1019 REPORT

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtors, hereby certify that I have served a true and correct copy of the within Report, upon the following by electronic means:

OFFICE OF THE U.S. TRUSTEE
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

NATALIE LUTZ CARDIELLO, TRUSTEE
107 Huron Drive
Carnegie, PA 15106

DATED: 8/4/2022

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtors

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:   (412) 613-2133
Fax:    (412) 372-2513

E-Mail: m.s.geisler@att.net