# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-22563-CMB |
| | : | |
| WARREN JONES | : | Chapter 7 |
| WENDY JONES | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| WARREN JONES | : | |
| WENDY JONES | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE
## of
## Notice of Hearing and Response Deadline
## And
## Motion to Dismiss with Prejudice

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on <u>September 23, 2022</u>.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>first class mail and electronic notification</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Michael S. Geisler on behalf of Debtor Warren Jones
m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler on behalf of Joint Debtor Wendy Jones
m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Daniel Philip Jones on behalf of Creditor Community Loan Servicing, LLC
djones@sterneisenberg.com, bkecf@sterneisenberg.com

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels on behalf of Creditor Dep't of Revenue Office of Attorney General
lmichaels@attorneygeneral.gov

Brian Nicholas on behalf of Creditor Community Loan Servicing, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

**Service by First Class Mail**

See attached list

**EXECUTED ON:**  September 23, 2022

By:  */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (SEE SEPARATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ABN AMRO MORTGAGE GROUP<br>P.O. BOX 9438<br>GAITHERSBURG MD 20898-9438 |
| ASHLEY FUNDING SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | CAPITAL ONE<br>C/O BECKET & LEE<br>16 GENERAL WARREN BLVD.<br>MALVERN PA 19355-1245 | COMENITY BANK/JUSTICE<br>P.O. BOV 187789<br>COLUMBUS OH 43218 |
| COMMUNITY LOAN SERVICING LLC<br>F/K/A BAYVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD. 5TH FLOOR<br>CORAL GABLES FL 33146-1839 | DEPT OF REVENUE<br>OFFICE OF ATTORNEY GENERAL<br>ANTHONY T. KOVALCHICK<br>1251 WATERFRONT PLACE<br>MEZZANINE LEVEL<br>PITTSBURGH PA 15222-4227 | DESIGNED RECEIVABLE SOLUTIONS<br>ONE CENTERPOINTE DRIVE SUITE 45<br>LA PALMA CA 90623-1089 |
| EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION<br>P.O. BOX 16408<br>ST. PAUL MN 55116-0408 | GM FINANCIAL<br>P.O. BOX 181145<br>WHEELER TX 79096-1145 | HP SEARS<br>P.O. BOX 2707<br>BAKERSFIELD CA 93303-2707 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | KAY JEWELERS<br>375 GHENT ROAD<br>AKRON OH 44333-4600 | KEYBRIDGE MEDICAL REVENUE CARE<br>P.O. BOX 1568<br>LIMA OH 45802-1568 |
| NATIONAL CREDIT ADJUSTERS LLC.<br>P.O. BOX 3023<br>SOUTH HUTCHINSON KS 67505 | PENNSYLVANIA DEPT. OF REVENUE<br>DEPARTMENT 280946<br>P.O. BOX 280946<br>ATTN: BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PHELAN HALLINAN DIAMOND & JONES LLP<br>1617 JFK BLVD. SUITE 1400<br>ONE PENN CENTER PLAZA<br>PHILADELPHIA PA 19103 |
| SANTANDER CONSUMER USA<br>P.O. BOX 961245<br>FORT WORTH TX 76161-0244 | SYNCB/CARE CREDIT<br>P.O. BOX 965036<br>ORLANDO FL 32896-5036 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| SYNCHRONY BANK<br>C/O OF PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | TD BANK USA/TARGET CREDIT CARD<br>P.O. BOX 673<br>MINNEAPOLIS MN 55440-0673 | VERIZON<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N. SANTA FE AVENUE<br>OKLAHOMA CITY OK 73118-7901 |
| WARREN AND WENDY JONES<br>584 FIRETHORNE DRIVE<br>MONROEVILLE PA 15146-1617 | WEINSTEIN & RILEY<br>2001 WESTERN AVENUE SUITE 400<br>OKLAHOMA CITY OK 73118 | WESTLAKE FINANCIAL SERVICES<br>C/O PERITUS PORTFOLIO<br>P.O. BOX 141419<br>IRVING TX 75014-1419 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (VIA BNC) OR ELECTRONIC MAIL;
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
WFFINANCIAL
MAC 4031-080
PHOENIX AZ 85038
```