**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WARREN JONES<br>WENDY JONES<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:21-22563 CMB<br><br>Document No.: |

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 12/01/2021 and confirmed on 03/24/2022. The case was subsequently　　(D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 4,000.00 |
| Less Refunds to Debtor | | 5.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 3,995.00 |
| | | | | |
| Administrative Fees | | | | |
| 　Filing Fee | | 0.00 | | |
| 　Notice Fee | | 0.00 | | |
| 　Attorney Fee | | 1,626.08 | | |
| 　Trustee Fee | | 116.00 | | |
| 　Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 1,742.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| 　COMMUNITY LOAN SERVICING LLC<br>　　Acct: 3747 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　COMMUNITY LOAN SERVICING LLC<br>　　Acct: 3747 | 0.00 | 1,480.25 | 0.00 | 1,480.25 |
| 　COMMUNITY LOAN SERVICING LLC<br>　　Acct: 3747 | 59,380.05 | 0.00 | 0.00 | 0.00 |
| 　PA DEPARTMENT OF REVENUE*<br>　　Acct: 7172 | 67,834.28 | 0.00 | 0.00 | 0.00 |
| 　INTERNAL REVENUE SERVICE*<br>　　Acct: 9038 | 34,026.01 | 0.00 | 0.00 | 0.00 |
| | | | | 1,480.25 |
| **Priority** | | | | |
| 　MICHAEL S GEISLER ESQ<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　WARREN JONES<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　WARREN JONES<br>　　Acct: | 5.00 | 5.00 | 0.00 | 0.00 |

| 21-22563 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 3,313.00 | 1,626.08 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 635.10 | 0.00 | 0.00 | 0.00 |
| Acct: 7172 | | | | |
| INTERNAL REVENUE SERVICE* | 2.45 | 0.00 | 0.00 | 0.00 |
| Acct: 9038 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 449.34 | 449.34 | 0.00 | 449.34 |
| Acct: XXXXXXXXXXXXXXXXXXXXXX LLC | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 323.33 | 323.33 | 0.00 | 323.33 |
| Acct: XXXXXXXXXXXXXXXXXXXXXX LLC | | | | |
| | | | | 772.67 |
| **Unsecured** | | | | |
| ABN AMRO MORTGAGE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,351.51 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DESIGNED RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 9,937.14 | 0.00 | 0.00 | 0.00 |
| Acct: 5182 | | | | |
| ECMC(*) | 3,574.40 | 0.00 | 0.00 | 0.00 |
| Acct: 8618 | | | | |
| GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 18,704.49 | 0.00 | 0.00 | 0.00 |
| Acct: 9038 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONAL CREDIT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 62.50 | 0.00 | 0.00 | 0.00 |
| Acct: 7172 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 7,131.35 | 0.00 | 0.00 | 0.00 |
| Acct: 7447 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 5,741.18 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEINSTEIN & RILEY PS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 21-22563 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELLS FARGO FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASHLEY FUNDING SVCS LLC | 39.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3740 | | | | |
| SYNCHRONY BANK | 124.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0721 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5863 | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES Ll | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

**TOTAL PAID TO CREDITORS**                                                                                    2,252.92

TOTAL CLAIMED
PRIORITY           1,410.22
SECURED          161,240.34
UNSECURED         46.665.57

Date: 11/07/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com