| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Warren Jones | Social Security number or ITIN  xxx-xx-9038<br>EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | Wendy Jones<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx-xx-8618<br>EIN  __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 21-22563-CMB | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Warren Jones                                              Wendy Jones

12/1/2022                                                 **By the court:** Carlota M. Bohm
                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2>

Official Form 318                          Order of Discharge                          page 1

The Debtors are ineligible to file a Voluntary Petition under any chapter of the Bankruptcy Code for one (1) year after the entry of a Final Decree or closure of this case, whichever occurs later.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22563-CMB |
| Warren Jones | Chapter 7 |
| Wendy Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Warren Jones, Wendy Jones, 584 Firethorne Drive, Monroeville, PA 15146-1617 |
| cr | | Community Loan Servicing, LLC, ALDRIDGE PITE, LLP 4375 Jutland Dr., Suite 200,, San Diego, CA 92117-0933 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 15435372 | + | ABN Amro Mortgage Group, P.O. Box 9438, Gaithersburg, MD 20898-9438 |
| 15435374 | + | Bayview Loan Servicing, LLC, 25 Ponce de Leon Boulevard, Miami, FL 33135 |
| 15435375 | + | Capital One, c/o Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 15435378 | | Duquesne Light Company, c/o Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15435380 | | GM Financial, P.O. Box 181145, Wheeler, TX 79096-1145 |
| 15435381 | + | HP Sears, P.O. Box 2707, Bakersfield, CA 93303-2707 |
| 15435385 | + | Keybridge Medical Revenue Care, P.O. Box 1568, Lima, OH 45802-1568 |
| 15435386 | | National Credit Adjusters, LLC., P.O. Box 3023, South Hutchinson, KS 67505 |
| 15435388 | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 15435390 | | Phelan Hallinan, Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15435396 | | Weinstein & Riley, 2001 Western Avenue, Suite 400, Oklahoma City, OK 73118 |
| 15435398 | | Wffinancial, MAC 4031-080, Phoenix, AZ 85038 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 02 2022 00:22:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 02 2022 00:18:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15435373 | + | Email/Text: G06041@att.com | Dec 02 2022 00:18:00 | American Infosource as agent for, Verizon, P.O. Box 51178, Los Angeles, CA 90051-5478 |
| 15436746 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2022 00:22:23 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15435376 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2022 00:18:00 | Comenity Bank/Justice, P.O. Bov 187789, Columbus, OH 43218 |
| 15449636 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 02 2022 00:18:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15441947 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 02 2022 00:18:00 | Community Loan Servicing,LLC., 4425 Ponce De Leon Blvd., 5th Floor, Miami, FL 33146-1839 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15451519 | + | Email/Text: jdryer@bernsteinlaw.com | Dec 02 2022 00:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15435379 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 02 2022 00:18:00 | ECMC, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15448994 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 02 2022 00:18:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15435382 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2022 00:18:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15435383 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2022 00:18:00 | Jefferson Capital Services, LLC, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 15435384 | + | Email/Text: BKRMailOPS@weltman.com | Dec 02 2022 00:18:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15435391 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2022 00:22:23 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15435387 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2022 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15437331 | + | Email/Text: ebnpeoples@grblaw.com | Dec 02 2022 00:18:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |
| 15435389 | + | Email/Text: ebnpeoples@grblaw.com | Dec 02 2022 00:18:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15435392 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 02 2022 00:18:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15435393 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2022 00:22:22 | Syncb/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15453482 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2022 00:22:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15435674 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2022 00:22:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15435394 | + | Email/Text: bncmail@w-legal.com | Dec 02 2022 00:18:00 | TD Bank, USA/Target Credit Card, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15435395 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 02 2022 00:22:22 | Verizon, by American Infosource LP as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 15449361 | | Email/PDF: ebn_ais@aisinfo.com | Dec 02 2022 00:22:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15435397 | | Email/Text: peritus@ebn.phinsolutions.com | Dec 02 2022 00:18:00 | Westlake Financial Services, c/o Peritus Portfolio, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15442822 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15435377 | ##+ | Designed Receivable Solutions, One Centerpointe Drive, Suite 45, La Palma, CA 90623-1089 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022              Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Community Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren Michaels | on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov |
| Michael S. Geisler | on behalf of Debtor Warren Jones m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Joint Debtor Wendy Jones m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Natalie Lutz Cardiello | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 11