IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 21-22563 |
| Warren Jones | : Chapter 7 |
| Wendy Jones | : Judge Carlota M. Bohm |
| | : * * * * * * * * * * * * * * * * * |
| Debtor(s) | : |
| | : |
| Nationstar Mortgage LLC | : Date and Time of Hearing |
| Movant, | : February 21, 2023 at 01:30 p.m. |
| vs | : |
| | : Related to Doc. No. 107 |
| Warren Jones | : |
| Wendy Jones | : |
| | : **ENTERED BY DEFAULT** |
| Natalie Lutz Cardiello | : |
| | |
| Ronda J. Winnecour | |
| Respondents. | |

## ORDER TO RELEASE FUNDS

AND NOW, this  8th  day of      February      , 20 23 , upon consideration of the Notice of Motion, Response Deadline, and Hearing Date regarding the Amended Motion to Release funds and for good cause shown, the Clerk of Court is authorized to release the unclaimed funds in the amount of $772.67 to Nationstar Mortgage, LLC.

_/s/ Carlota M. Bohm_     **dmr**
Carlota M. Bohm
United States Bankruptcy Judge

FILED
2/8/23 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CC:

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

23-000085_JMR

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Natalie Lutz Cardiello, Chapter 7 Trustee, 107 Huron Drive, Carnegie, PA  15106, ncardiello@cardiello-law.com (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Michael S. Geisler, Attorney for Debtor, 201 Penn Center Blvd., Suite 524, Pittsburgh, PA 15235, m.s.geisler@att.net (notified by ecf)

Warren Jones and Wendy Jones, Debtor, 584 Firethorne Drive, Monroeville, PA  15146 (notified by regular US Mail)

Office of U.S. Attorney, Party of Interest, U.S. Court House, 700 Grant Street, Suite 4000, Pittsburgh, PA  15219 (notified by regular US Mail)

23-000085_JMR

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22563-CMB |
| Warren Jones | Chapter 7 |
| Wendy Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 08, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Warren Jones, Wendy Jones, 584 Firethorne Drive, Monroeville, PA 15146-1617 |
| | | Ronda Winnecour, Trustee, Suite 3250, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Community Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren Michaels | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 08, 2023 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Creditor Dep't of Revenue Office of Attorney General lmichaels@attorneygeneral.gov

Michael S. Geisler
    on behalf of Debtor Warren Jones m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
    on behalf of Joint Debtor Wendy Jones m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

TOTAL: 12